# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
PHYLLIS LANE,                       *
                                    *
                Plaintiff,          *
                                    *    No. 04-1468L
        v.                          *    Filed: June 12, 2018
                                    *
UNITED STATES,                      *
                                    *
                Defendant.          *
                                    *
* * * * * * * * * * * * * * * * *  *
```

**O R D E R**

The court is in receipt of the parties' June 8, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that this case be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

        s/Marian Blank Horn
    **MARIAN BLANK HORN**
          **Judge**